Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

07 CV 6647

Index No. ~~07-CIV-3959~~ (KMK)

                                  Plaintiffs,

      -and-

**VOLUNTARY NOTICE OF DISMISSAL**

RECEIVED SEP 11 2007 USDC-WP-SDNY

Liro Engineers, Inc.,

                                  Defendant.
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: September 5, 2007
      Elmsford, New York

                                BARNES, IACCARINO, VIRGINIA,
                                AMBINDER & SHEPHERD, PLLC

                                Karin Arrospide, Esq. (KA9319)
                                Attorney for Plaintiffs
                                258 Saw Mill River Road
                                Elmsford, New York 10523
                                (914) 592-1515

SO ORDERED:

_____
Honorable Kenneth M. Karas, U.S.D.J.

dated: 9/11/07

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____**